## CA02db Intake

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, October 31, 2022 8:48 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-05067-AMD-TAM Does et al v. Hochul et al Electronic Index to Record on Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/31/2022 at 8:48 AM EDT and filed on 10/31/2022

**Case Name:** Does et al v. Hochul et al
**Case Number:** [1:21-cv-05067-AMD-TAM](#)
**Filer:**
**WARNING: CASE CLOSED on 09/30/2022**
**Document Number:** No document attached

**Docket Text:**
**Electronic Index to Record on Appeal sent to US Court of Appeals. [107] Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ)**

**1:21-cv-05067-AMD-TAM Notice has been electronically mailed to:**

Michael Joseph Keane      mkeane@garfunkelwild.com

Michael E. Gertzman      mgertzman@paulweiss.com, mao_fednational@paulweiss.com

Jonathan H. Hurwitz      jhurwitz@paulweiss.com, mao_fednational@paulweiss.com

Liza M. Velazquez      lvelazquez@paulweiss.com, mao_fednational@paulweiss.com

Bruce Alan Birenboim      bbirenboim@paulweiss.com, mao_fednational@paulweiss.com

Seth J. Farber      seth.farber@ag.ny.gov, Stephanie.Rosenberg@ag.ny.gov, oaglita@ag.ny.gov

Gregory F Laufer    glaufer@paulweiss.com, gregorylaufer@yahoo.com, mao_fednational@paulweiss.com

Marc Andrew Sittenreich    msittenreich@garfunkelwild.com, marc.sittenreich@gmail.com

Roger Gannam    rgannam@lc.org, court@lc.org

Horatio G. Mihet    hmihet@lc.org, court@lc.org

Emily A. Vance    evance@paulweiss.com

Anthony Ryan Prinzivalli    aprinzivalli@garfunkelwild.com

Jacqueline Phipps Polito    jpolito@littler.com, kgregos@littler.com, wpettrone@littler.com

Erin Train    etrain@littler.com, kgregos@littler.com, wpettrone@littler.com

Daniel Joseph Schmid    dschmid@lc.org

**1:21-cv-05067-AMD-TAM Notice will not be electronically mailed to:**

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:21−cv−05067−AMD−TAM

| | |
|---|---|
| Does et al v. Hochul et al<br>Assigned to: Judge Ann M Donnelly<br>Referred to: Magistrate Judge Taryn A. Merkl<br>Cause: 42:1983 Civil Rights Act | Date Filed: 09/10/2021<br>Date Terminated: 09/30/2022<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**John Does**
*1−2*
    represented by **Horatio G. Mihet**
Liberty Counsel
1053 Maitland Center Commons Blvd
Maitland, FL 32751
407−875−1776
Fax: 407−875−0770
Email: hmihet@lc.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Gannam**
Liberty Counsel
PO Box 540774
Orlando, FL 32854
407−875−1776
Fax: 407−875−0770
Email: rgannam@lc.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Schmid**
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
407−875−1776
Fax: 407−875−0770
Email: dschmid@lc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Does**
*1−3*
    represented by **Horatio G. Mihet**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Gannam**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Schmid**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Does**
*1–750*
*TERMINATED: 04/04/2022*

represented by **Horatio G. Mihet**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Gannam**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Schmid**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Does**
*1–750*
*TERMINATED: 04/04/2022*

represented by **Horatio G. Mihet**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Gannam**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Schmid**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kathy Hochul**
*in her official capacity as Governor of the State of New York*

represented by **Seth J. Farber**
N.Y.S. Office of the Attorney General
120 Broadway
24th Floor
New York, NY 10271
212–416–8029
Fax: 212–416–6075
Email: seth.farber@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Howard A. Zucker**
*in his official capacity as Commissioner of the New York State Department of Health*

represented by **Seth J. Farber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trinity Health, Inc.**

represented by **Jacqueline Phipps Polito**
Littler Mendelson
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450

|  |  |
|---|---|
|  | 585–203–3400<br>Fax: 585–203–3414<br>Email: jpolito@littler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erin Train**<br>Littler Mendelson<br>375 Woodcliff Dr.<br>2nd Floor<br>Fairport, NY 14450<br>585–203–3402<br>Fax: 585–486–6268<br>Email: etrain@littler.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **New York–Presbyterian Healthcare System, Inc.** | represented by **Bruce Alan Birenboim**<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 6th Avenue<br>33rd Floor<br>New York, NY 10019<br>212–373–3165<br>Fax: 212–492–0165<br>Email: bbirenboim@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory F Laufer**<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue Of The Americas<br>New York, NY 10019<br>212–373–3000<br>Fax: 212–492–0441<br>Email: glaufer@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Liza M. Velazquez**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212–373–3000<br>Email: lvelazquez@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael E. Gertzman**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212–373–3000<br>Email: mgertzman@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Emily A. Vance**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |

|   |   |
|---|---|
|   | 212–373–3000<br>Email: evance@paulweiss.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan H. Hurwitz**<br>Paul, Weiss, Rifkind & Wharton<br>1285 Avenue Of The Americas<br>New York, NY 10019<br>212–373–3000<br>Fax: 212–757–3990<br>Email: jhurwitz@paulweiss.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Westchester Medical Center Advanced Physician Services, P.C.**<br>*as assignee of*<br>WMC Health | represented by **Anthony Ryan Prinzivalli**<br>Garfunkel Wild, P.C.<br>111 Great Neck Road<br>Great Neck, NY 11021<br>516–393–2512<br>Fax: 516–918–5639<br>Email: aprinzivalli@garfunkelwild.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc Andrew Sittenreich**<br>Garfunkel Wild P.C.<br>111 Great Neck Road<br>Great Neck, NY 11021<br>(516)393–2500<br>Fax: (516)918–5606<br>Email: msittenreich@garfunkelwild.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Joseph Keane**<br>Garfunkel Wild P.C.<br>111 Great Neck Road, suite 503<br>Great Neck, NY 11021<br>516–393–2263<br>Fax: 516–466–5964<br>Email: mkeane@garfunkelwild.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2021 | 1 | COMPLAINT *(VERIFIED) FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DECLARATORY RELIEF AND DAMAGES* against All Plaintiffs filing fee $ 402, receipt number ANYEDC–14827150 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons Hochul, # 3 Proposed Summons Zucker, # 4 Proposed Summons Trinity, # 5 Proposed Summons New York–Presbyterian, # 6 Proposed Summons WMC Health, # 7 Exhibit A – COVID–19 Vaccine Mandate, # 8 Exhibit B – Dept of Health Aug 18 Order, # 9 Exhibit C – Dept of Health Aug 26 Amendment, # 10 Exhibit D – John Doe 2 Religious Accommodation Approved, # 11 Exhibit E – John Doe 2 Religious Accommodation Revoked, # 12 Exhibit F – Jane Doe 1 Religious Accommodation Approved, # 13 Exhibit G – Jane Doe 1 Religious Accommodation Revoked, # 14 Exhibit H – Jane Doe 2 Religious Accommodation Rejected, # 15 Exhibit I – Jane Doe 3 Religious Accommodation Approved, # 16 Exhibit J – Jane Doe 3 Religious Accommodation Revoked, # 17 Exhibit K – Liberty Counsel Letter) (Gannam, Roger) (Entered: 09/10/2021) |
| 09/10/2021 | 2 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* by Jack Does, Jane Does, Joan Does, John Does. (Gannam, Roger) (Entered: 09/10/2021) |

| | | |
|---|---|---|
| 09/10/2021 | | Case Assigned to Judge Ann M Donnelly and Magistrate Judge Taryn A. Merkl. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 09/10/2021) |
| 09/10/2021 | | Notice: Re: Incomplete Civil Cover Sheet (MISSING SECOND PAGE FORM). All questions *** INCLUDING the CERTIFICATION OF ARBITRATION ELIGIBILITY*** section on the second page needs to be answered. Please resubmit Civil Cover Sheet. (Bowens, Priscilla) (Entered: 09/10/2021) |
| 09/10/2021 | 3 | Summons Issued as to All Defendants. (Attachments: # 1 WMC summons, # 2 NY Presbyterian summons, # 3 Zucker summons, # 4 Trinity summons) (Bowens, Priscilla) (Entered: 09/10/2021) |
| 09/10/2021 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 09/10/2021) |
| 09/10/2021 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 09/10/2021) |
| 09/10/2021 | 6 | Civil Cover Sheet.. Re 1 Complaint,,,, by Jack Does, Jane Does, Joan Does, John Does (Gannam, Roger) (Entered: 09/10/2021) |
| 09/10/2021 | 7 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC−14827740. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Certificate of Good Standing) (Gannam, Roger) (Entered: 09/10/2021) |
| 09/10/2021 | 8 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* (Attachments: # 1 Exhibit A – E−mail to Defendants or Counsel, # 2 Exhibit B – E−mail to Known Government Counsel) (Gannam, Roger) (Entered: 09/10/2021) |
| 09/10/2021 | | Email Notification Test – DO NOT REPLY (Marziliano, August) (Entered: 09/10/2021) |
| 09/11/2021 | | SCHEDULING ORDER: Motion Hearing set for 9/13/2021 02:15 p.m. by Telephone before Judge Eric R. Komitee. The Court will hold a telephone hearing on Plaintiffs' motion for a temporary restraining order at 2:15 p.m. on September 13, 2021. Plaintiffs and Defendants will have thirty minutes each for their arguments; counsel for the various Defendants shall divide this time amongst themselves as they see fit. The Courtroom Deputy, Alicia Guy, will email Plaintiffs' counsel the dial−in information for those who intend to speak at the hearing. Plaintiffs' counsel must share this dial−in information with Defendants' counsel who also intend to speak. Members of the public and other attendees may listen to the proceeding by dialing 888−808−6929, and using access code 564−7824.Ordered by Judge Eric R. Komitee on 9/11/2021. (Richards, David) (Entered: 09/11/2021) |
| 09/11/2021 | 9 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re Scheduling Order,,, (Attachments: # 1 Exhibit A – E−mail to Defendants or Counsel, # 2 Exhibit B – E−mail to Known Government Counsel) (Gannam, Roger) (Entered: 09/11/2021) |
| 09/11/2021 | 10 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re Scheduling Order,,, *(CORRECTED)* (Attachments: # 1 Exhibit A – E−mail Notice of Hearing to Defendants or Counsel, # 2 Exhibit B – E−mail Notice of Hearing to Known Government Counsel) (Gannam, Roger) (Entered: 09/11/2021) |

| | | |
|---|---|---|
| 09/13/2021 | 11 | NOTICE of Appearance by Jacqueline Phipps Polito on behalf of Trinity Health, Inc. (aty to be noticed) (Polito, Jacqueline) (Entered: 09/13/2021) |
| 09/13/2021 | 12 | MOTION to Appear Pro Hac Vice *of Horatio G. Mihet* Filing fee $ 150, receipt number ANYEDC–14829710. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Affidavit Mihet Affidavit in Support of PHV Motion, # 2 Exhibit Mihet Certificate of Good Standing) (Mihet, Horatio) (Entered: 09/13/2021) |
| 09/13/2021 | 13 | NOTICE of Appearance by Liza M. Velazquez on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Velazquez, Liza) (Entered: 09/13/2021) |
| 09/13/2021 | 14 | NOTICE of Appearance by Bruce Alan Birenboim on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Birenboim, Bruce) (Entered: 09/13/2021) |
| 09/13/2021 | 15 | NOTICE of Appearance by Michael E. Gertzman on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Gertzman, Michael) (Entered: 09/13/2021) |
| 09/13/2021 | 16 | NOTICE of Appearance by Jonathan H. Hurwitz on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Hurwitz, Jonathan) (Entered: 09/13/2021) |
| 09/13/2021 | 17 | NOTICE of Appearance by Gregory F Laufer on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Laufer, Gregory) (Entered: 09/13/2021) |
| 09/13/2021 | 18 | NOTICE of Appearance by Emily A. Vance on behalf of New York–Presbyterian Healthcare System, Inc. (aty to be noticed) (Vance, Emily) (Entered: 09/13/2021) |
| 09/13/2021 | 19 | Corporate Disclosure Statement by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 09/13/2021) |
| 09/13/2021 | 20 | MEMORANDUM in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* filed by New York–Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 09/13/2021) |
| 09/13/2021 | 21 | MOTION to Appear Pro Hac Vice *of Daniel J. Schmid* Filing fee $ 150, receipt number ANYEDC–14830044. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Declaration Schmid Declaration ISO PHV Motion) (Mihet, Horatio) (Entered: 09/13/2021) |
| 09/13/2021 | 22 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW / DECLARATION OF SHAUN E. SMITH* filed by New York–Presbyterian Healthcare System, Inc.. (Attachments: # 1 Exhibit A to Smith Declaration) (Velazquez, Liza) (Entered: 09/13/2021) |
| 09/13/2021 | 23 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW Supplemental Authorities and Circumstances* (Attachments: # 1 Exhibit A – News Article) (Mihet, Horatio) (Entered: 09/13/2021) |
| 09/13/2021 | 24 | NOTICE of Appearance by Michael Joseph Keane on behalf of Westchester Medical Center Advanced Physician Services, P.C. (aty to be noticed) (Keane, Michael) (Entered: 09/13/2021) |
| 09/13/2021 | 25 | NOTICE of Appearance by Marc Andrew Sittenreich on behalf of Westchester Medical Center Advanced Physician Services, P.C. (aty to be noticed) (Sittenreich, Marc) (Entered: 09/13/2021) |
| 09/13/2021 | 26 | NOTICE of Appearance by Anthony Ryan Prinzivalli on behalf of Westchester Medical Center Advanced Physician Services, P.C. (aty to be noticed) (Prinzivalli, Anthony) (Entered: 09/13/2021) |
| 09/13/2021 | 27 | NOTICE of Appearance by Seth J. Farber on behalf of Kathy Hochul, Howard A. Zucker (aty to be noticed) (Farber, Seth) (Entered: 09/13/2021) |

| | | |
|---|---|---|
| 09/13/2021 | | ORDER: Motion to Appear Pro Hac 7 , is denied without prejudice. To apply for *pro hac vice* admission, Section 1.3(c) of the EDNY Local Civil Rules requires that an applicant's motion be accompanied by a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court[].... In lieu of a certificate of good standing from the Florida Supreme Court, counsel included a certificate of good standing from an organization entitled The Florida Bar. This denial is without prejudice to counsel's being permitted to resubmit his *pro hac vice* application as soon as practicable. So Ordered by Magistrate Judge Taryn A. Merkl on 9/13/2021. (Devanathan, Deepa) (Entered: 09/13/2021) |
| 09/13/2021 | 28 | Minute Entry for proceedings held before Judge Eric R. Komitee: Hearing held on 9/13/2021 re 2 MOTION for Temporary Restraining Order . Discussion held. Decision reserved. (Electronically recorded.) (Guy, Alicia) (Entered: 09/13/2021) |
| 09/14/2021 | 29 | Letter MOTION for Reconsideration re Order on Motion for Leave to Appear Pro Hac Vice,,, by Jack Does, Jane Does, Joan Does, John Does. (Gannam, Roger) (Entered: 09/14/2021) |
| 09/14/2021 | 30 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW (Supplemental Authority)* (Attachments: # 1 Exhibit A – NDNY TRO – Dr. A. v. Hochul) (Gannam, Roger) (Entered: 09/14/2021) |
| 09/14/2021 | 31 | Letter *re: Issues Raised During 9/13/2021 Hearing* by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 09/14/2021) |
| 09/14/2021 | 32 | Letter *Response to Defendant NewYork–Presbyterian's Letter Brief* by Jack Does, Jane Does, Joan Does, John Does (Gannam, Roger) (Entered: 09/14/2021) |
| 09/14/2021 | 33 | Letter *responding to ECF No. 30* by Kathy Hochul, Howard A. Zucker (Farber, Seth) (Entered: 09/14/2021) |
| 09/14/2021 | 34 | Letter *Responding to ECF No. 30* by New York–Presbyterian Healthcare System, Inc. (Attachments: # 1 Exhibit A) (Velazquez, Liza) (Entered: 09/14/2021) |
| 09/14/2021 | 35 | ORDER finding as moot 2 Motion for TRO. For the reasons stated herein, Plaintiffs' motion for a TRO is denied. Plaintiffs may apply to Judge Donnelly for a preliminary injunction. If Plaintiffs wish to proceed anonymously with this action, they must file (under seal) a motion that states the reasons why the Court should permit them to do so. This motion must be captioned a "Motion to Proceed Anonymously" and should be submitted by October 1, 2021; Defendants' opposition, if any, shall be due by October 20, 2021; and Plaintiffs' reply, if any, shall be due by November 1, 2021. Ordered by Judge Eric R. Komitee on 9/14/2021. (Richards, David) (Entered: 09/14/2021) |
| 09/15/2021 | 36 | TRANSCRIPT of Proceedings held on September 13, 2021, before Judge Komitee. Court Reporter/Transcriber ARIA SERVICES, INC. Email address: Aria@leinen.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/6/2021. Redacted Transcript Deadline set for 10/18/2021. Release of Transcript Restriction set for 12/14/2021. (Hong, Loan) (Entered: 09/15/2021) |
| 09/16/2021 | | ORDER: Attorney Horatio G. Mihet's Motion to Appear Pro Hac Vice 12 is denied without prejudice. To apply for *pro hac vice* admission, Section 1.3(c) of the EDNY Local Civil Rules requires that an applicant's motion "be accompanied by a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court[]...." In lieu of a certificate of good standing from the Florida Supreme Court, counsel included a certificate of good standing from an organization entitled The Florida Bar. This denial is without prejudice to counsel's being permitted to resubmit his *pro hac vice* application.<br><br>In addition, the Court is in receipt of Attorney Roger Gannam's Letter Motion for Reconsideration 29 , which is DENIED. Attorney Gannam is respectfully directed to |

| | | |
|---|---|---|
| | | refile his application for admission *pro hac vice* with the correct bar certificate should he seek to appear in this case, in accordance with the requirements of E.D.N.Y. Local Rule 1.3(c). The Court is in also receipt of Attorney Daniel J. Schmid's Motion to Appear Pro Hac Vice 21 and takes it under advisement. Daniel J. Schmid is directed to provide the court with a certificate of good standing from the court for the State of Virginia, at which time the Court will rule on the motion. So Ordered by Magistrate Judge Taryn A. Merkl on 9/16/2021. (Devanathan, Deepa) (Entered: 09/16/2021) |
| 09/21/2021 | 37 | MOTION to Expedite *Briefing Schedule and Set Hearing on Motion for Preliminary Injunction* by Jack Does, Jane Does, Joan Does, John Does. (Gannam, Roger) (Entered: 09/21/2021) |
| 09/22/2021 | 38 | Letter *Responding to ECF No. 37* by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 09/22/2021) |
| 09/22/2021 | 39 | MEMORANDUM in Opposition re 37 MOTION to Expedite *Briefing Schedule and Set Hearing on Motion for Preliminary Injunction by Letter to Judge Donnelly dated September 22, 2021* filed by Kathy Hochul, Howard A. Zucker. (Attachments: # 1 Exhibit Ex A – Judge Hurd Order of Sept 20, 2021 in Dr A case, # 2 Exhibit Ex B – Second Circuit Scheduling Order in We the Patriots) (Farber, Seth) (Entered: 09/22/2021) |
| 09/23/2021 | | The plaintiffs' application for an expedited briefing schedule 37 is denied. The defendants are directed to file their opposition to the plaintiffs' motion for preliminary injunction by October 5, 2021, and the plaintiffs are directed to file their reply, if any, by October 12, 2021. A hearing on the plaintiffs' motion for a preliminary injunction is scheduled for October 19, 2021 at 3:00 p.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 9/23/2021. (Rosenthal, Joshua) (Entered: 09/23/2021) |
| 09/24/2021 | 40 | MOTION to Appear Pro Hac Vice *(Resubmitted)* Filing fee $ 150, receipt number ANYEDC–14870751. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Declaration in Support of Resubmitted Motion to Appear Pro Hac Vice, # 2 Florida Supreme Court Certificate of Good Standing) (Gannam, Roger) (Entered: 09/24/2021) |
| 09/27/2021 | | ORDER: The Motion of Roger Gannam for Leave to Appear Pro Hac Vice (resubmitted) 40 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 9/27/2021. (Devanathan, Deepa) (Entered: 09/27/2021) |
| 10/01/2021 | 41 | MOTION for Protective Order *and to Proceed Using Pseudonyms* by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Exhibit A – Declaration of Daniel J. Schmid in Support of Motion, # 2 Exhibit B – Proposed Protective Order) (Gannam, Roger) (Entered: 10/01/2021) |
| 10/04/2021 | | ORDER RESPECTFULLY REFERRING MOTION: 41 MOTION for Protective Order *and to Proceed Using Pseudonyms* filed by Jane Does, Joan Does, Jack Does, John Does respectfully referred to Magistrate Judge Taryn A. Merkl. Ordered by Judge Ann M. Donnelly on 10/4/2021. Motion respectfully referred to Taryn A. Merkl. (Greene, Donna) (Entered: 10/04/2021) |
| 10/04/2021 | | ORDER: Defendants are directed to respond to Plaintiffs' Motion for Protective Order by **10/12/2021**. A telephonic Motion Conference will take place on **10/18/2021 at 3:15 p.m.** before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll–free number **(877) 336–1839**. The access code is **3914302**. The parties shall dial in five (5) minutes before the scheduled conference. Ordered by Magistrate Judge Taryn A. Merkl on 10/4/2021. (Devanathan, Deepa) Modified on 10/6/2021 to update the due date for Defendant's response (Chan, Kaity). (Entered: 10/04/2021) |
| 10/04/2021 | 42 | Letter MOTION for pre motion conference re 1 Complaint,,,, *with respect to anticipated motion to dismiss* by Kathy Hochul, Howard A. Zucker. (Farber, Seth) |

| | | |
|---|---|---|
| | | (Entered: 10/04/2021) |
| 10/04/2021 | 43 | Letter MOTION for pre motion conference *regarding proposed motion to dismiss the Complaint* by Westchester Medical Center Advanced Physician Services, P.C.. (Keane, Michael) (Entered: 10/04/2021) |
| 10/05/2021 | 44 | Letter MOTION for pre motion conference re 1 Complaint,,,, *regarding proposed motion to dismiss* by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 10/05/2021) |
| 10/05/2021 | 45 | MEMORANDUM in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* filed by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 10/05/2021) |
| 10/05/2021 | 46 | Letter MOTION for pre motion conference *regarding proposed motion to dismiss the Complaint* by New York–Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 10/05/2021) |
| 10/05/2021 | 47 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW Declaration of Elizabeth Rausch–Phung* filed by Kathy Hochul, Howard A. Zucker. (Attachments: # 1 Exhibit Ex A – Emergency Regulation, effective Aug 26, 2021, # 2 Exhibit Ex B – CDC Scientific Brief – Emerging SARS CoV–2 variants, # 3 Exhibit Ex C –CDC paper – Delta Variant: What we know about the Science, # 4 Exhibit Ex D –News article– Univ of Buffalo researchers taking a closer look at the Delta Variant, # 5 Exhibit Ex E – News article – "Every case except one was Delta", # 6 Exhibit Ex F –CDC Science Brief– COVID–19 Vaccines and Vaccinations, # 7 Exhibit Ex G – CDC paper – SARS CoV–2 Variant Classifications & Definitions, # 8 Exhibit Ex H – Governor's June 23, 2021 Press Release, # 9 Exhibit Ex I – August 5, 2021 press Relesae – Statement from NYS Health Comm'r Zucker, # 10 Exhibit Ex J – Annals of Internal Medicine: "The case for mandating COVID–19 Vaccines for Healthcare Workers", # 11 Exhibit Ex K – Article – SARS–CoV–2 Antibody prevalence in England following the First Peak of the pandemic, # 12 Exhibit Ex L – Article – Excess Deaths from COVID–19 and Other Causes in the US, March 1, 2020 to January 2, 2021, # 13 Exhibit Ex M – Article – Risk of hospital admission with Coronavirus Disease 2019 in Healthcare Workers and their Households: Nationwide Linkage Cohort Study, # 14 Exhibit Ex N – Article – Safety and Immunogenicity of Anti–SARS–CoV–2 Messenger RNA Vaccines in Recpients of Solid Organ Transplants, # 15 Exhibit Ex O – Article – Major Health Care Professional Organizations Call for COVID–19 Mandates for all healthcare workers, # 16 Exhibit Ex P American Medical Association's "Why COVID–19 Vaccination should be required for Health Professionals, # 17 Exhibit Ex Q – Statement from American Associaion of Nurse Anesthesiology, # 18 Exhibit Ex R – Statement of American Association of Critical–Care Nurses, # 19 Exhibit Ex S – Statement of National Association of Neonatal Nurses, # 20 Exhibit Ex T– Statement from American College of Occupational and Environmental Medicine, # 21 Exhibit Ex U – July 26, 2021 V.A. News Release, # 22 Exhibit Ex V – August 12, 2021 Dep't of Health & Hum Servs News Release, # 23 Exhibit Ex W – CDC's "COVID–19 Vaccines for Healthcare Personnel", # 24 Exhibit Ex X – CDC paper "Disparities in COVID–19 Vaccination Coverage Among Health Care Personnel in Long Term Care Facilities in US, March 2021, # 25 Exhibit Ex Y – CDC paper "COVID–19 Outbreak Associated with a SARS–Co–V–2 R.1 Lineage Variant in a Skilled Nursing Facility After Vaccination – Kentucky, March 2021, # 26 Exhibit Ex Z – Executive Order No. 4, # 27 Exhibit Ex AA – Governor's September 27, 2021 Press Release, # 28 Exhibit Ex BB – Governor's September 28, 2021 Press Release, # 29 Exhibit Ex CC – AMA Article – Audiey Kao, MD, PhD on Mandating Vaccines for Health Care Workers, # 30 Exhibit Ex DD – CDC Paper – "Safety of COVID–19 Vaccines, # 31 Exhibit Ex EE – CDC Paper – COVID–19 Vaccines im Adults: Benefit–Risk Discussion, # 32 Exhibit Ex FF – CDC Paper – "Key things to know", # 33 Exhibit Ex GG – ABC News article– "Few People Medically Exempt from Getting COVID–19 Vaccine: Experts", # 34 Exhibit Ex HH – American College of Cardiology's Vaccine Induced thrombotic Thrombocytopena (VITT) and COVID–19 Vaccines: What Cardiovascular Clinicians Need to Know, # 35 Exhibit Ex II – FDA Paper – Emergency Use Authorization for Vaccines Explained, # 36 Exhibit Ex JJ – FDA December 11, 2020 News Release, # 37 Exhibit Ex KK – FDA December 18, 2020 News Release, # 38 Exhibit Ex LL – FDA February 27, 2021 News Release, # 39 Exhibit Ex MM – FDA May 10, 2021 News Release, # 40 Exhibit Ex NN – FDA August 12, 2021 News |

| | | |
|---|---|---|
| | | Release, # 41 Exhibit Ex OO – FDA Paper – Comirnaty and Pfizer–BioNTech COVID–19 Vaccine, # 42 Exhibit Ex PP – Article September 17, 2021 – FDA Commitee Votes Unanimously to Approve Pfizer Booster7, 2021 on, # 43 Exhibit Ex QQ – FDA September 22, 2021 News release, # 44 Exhibit Ex RR – CDC Paper – Who is Eligible for a COVID–19 Booster Shot?, # 45 Exhibit Ex SS – Moderna Website Text, # 46 Exhibit Ex TT – Pfizer Website Text, # 47 Exhibit Ex UU – Janssen Website Text, # 48 Exhibit Ex VV – Nebraska Medicine article – You asked, we answere: Do the COVID–19 Vaccines Contain Aborted Fetal Cells?, # 49 Exhibit Ex WW – North Dakota Dept of Health handout – COVID–19 Vaccines and Fetal Cell Lines, # 50 Exhibit Ex XX – CNN article – How Exactly Fetal Tissue is used for Medicine, # 51 Exhibit Ex YY – NBC News article – "What is Fetal Tissue research? And why is it important to Medicine?", # 52 Exhibit Ex ZZ – CDC Paper – Answering Patients' Questions About COVID–19 Vaccine and Vaccination, # 53 Exhibit Ex AAA – paper – Antibodies Elicited by MRNA–1273 Vaccination Bind More Broadly to the Recepto Binding Domain Than do those from SARS–CoV–2 Infection, # 54 Exhibit Ex BBB – paper – Naturally Enhanced Neutralizing Breadth Against SARS–CoV–2 One Year After Infection, # 55 Exhibit Ex CCC – Paper – Vaccines Beat Natural Immunity in Fight Against COVID–19, # 56 Exhibit Ex DDD – Paper – COVID–19 Breakthrough Infections in Vaccinated Health Care Workers, # 57 Exhibit Ex EEE – NYS Dept of Health's Frequently Asked Questions (AQs) Regarding the August 26, 2021 Prevention of COVID–19 Transmission by Covered Entities Emergency Regulation, # 58 Exhibit Ex FFF – CDC paper – Contraindications and Precautions, # 59 Exhibit Ex GGG – CDC paper – interim Clinical Considrations for Use of COVID–19 Vaccines Currently Approved or Authorized in the United States, # 60 Exhibit Ex HHH – Governor's September 28, 2021 Press Release "Governor Hochul Releases Encouraging Data Showing Impact of Health Care Staff Vaccine Mandate") (Farber, Seth) (Entered: 10/05/2021) |
| 10/05/2021 | 48 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW Declaration of Vanessa Murphy* filed by Kathy Hochul, Howard A. Zucker. (Attachments: # 1 Exhibit Ex A – Emergency Regulation, effective Aug 26, 2021) (Farber, Seth) (Entered: 10/05/2021) |
| 10/05/2021 | 49 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW Valerie Deetz* filed by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 10/05/2021) |
| 10/05/2021 | 50 | MEMORANDUM in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW State Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction* filed by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 10/05/2021) |
| 10/05/2021 | 51 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW Declaration of Jordy Rabinowitz* filed by Westchester Medical Center Advanced Physician Services, P.C.. (Attachments: # 1 Exhibit Ex. A– Sept. 15, 2021 Email) (Keane, Michael) (Entered: 10/05/2021) |
| 10/05/2021 | 52 | MEMORANDUM in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW WMCAPS' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction* filed by Westchester Medical Center Advanced Physician Services, P.C.. (Keane, Michael) (Entered: 10/05/2021) |
| 10/05/2021 | 53 | MEMORANDUM in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* filed by New York–Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 10/05/2021) |
| 10/05/2021 | 54 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW [Declaration of Shaun E. Smith]* filed by New York–Presbyterian Healthcare System, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit |

| | | |
|---|---|---|
| | | B) (Velazquez, Liza) (Entered: 10/05/2021) |
| 10/05/2021 | 55 | AFFIDAVIT/DECLARATION in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW [Declaration of Magdalena Sobieszczyk, MD, MPH]* filed by New York–Presbyterian Healthcare System, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit XX) (Velazquez, Liza) (Entered: 10/05/2021) |
| 10/08/2021 | 56 | Letter MOTION for Extension of Time to File Response/Reply as to 41 MOTION for Protective Order *and to Proceed Using Pseudonyms on consent*, Letter MOTION to Adjourn Conference *on consent* by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 10/08/2021) |
| 10/12/2021 | | SCHEDULING ORDER: In light of the Honorable David Hurd's decision in *Dr. A v. Hochul*, 21–cv–1009 (N.D.N.Y. October 12, 2021), in which he granted a preliminary injunction, the parties are directed to advise the Court no later than October 14, 2021, whether the pending motion for a preliminary injunction is moot for the reasons already identified in the Honorable Eric Komittee's order in this case 35 . Ordered by Judge Ann M. Donnelly on 10/12/2021. (Rosenthal, Joshua) (Entered: 10/12/2021) |
| 10/12/2021 | | ORDER: Letter Motion for Extension of Time to File Response/Reply 56 is granted, in part. The time for Defendants to respond to Plaintiffs' Motion for Protective Order 41 is extended, and is now due by **11/2/2021**, two weeks after the Preliminary Injunction hearing currently scheduled for 10/19/2021. Plaintiffs' Reply is due by **11/12/2021**. The Motion Conference scheduled for 10/18/2021 at 3:15 p.m. is adjourned to **11/16/2021 at 12:00 p.m.** before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll–free number **(877) 336–1839**. The access code is **3914302**. The parties shall dial in five (5) minutes before the scheduled conference. So Ordered by Magistrate Judge Taryn A. Merkl on 10/12/2021. (Devanathan, Deepa) (Entered: 10/12/2021) |
| 10/12/2021 | 57 | REPLY in Support re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *AND INCORPORATED MEMORANDUM OF LAW* filed by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Exhibit 1 – Declaration of Employee Witness 1, # 2 Exhibit 2 – Declaration of Employee Witness 2, # 3 Exhibit 3 – Declaration of Employee Witness 3, # 4 Exhibit 4 – Declaration of Employee Witness 4, # 5 Exhibit 5 – Declaration of Employee Witness 5, # 6 Exhibit 6 – Declaration of Employee Witness 6, # 7 Exhibit 7 – Declaration of Employee Witness 7, # 8 Exhibit 8 – Declaration of Employee Witness 8, # 9 Exhibit 9 – Declaration of Employee Witness 9, # 10 Exhibit 10 – Declaration of Employee Witness 10, # 11 Exhibit 11 – Declaration of Employee Witness 11, # 12 Exhibit 12 – Declaration of Employee Witness 12, # 13 Exhibit 13 – Declaration of Employee Witness 13, # 14 Exhibit 14 – Declaration of Employee Witness 14, # 15 Exhibit 15 – Declaration of Employee Witness 15, # 16 Exhibit 16 – Declaration of Employee Witness 16, # 17 Exhibit 17 – Declaration of Employee Witness 17, # 18 Exhibit 18 – Declaration of Employee Witness 18, # 19 Exhibit 19 – Declaration of Employee Witness 19, # 20 Exhibit 20 – Declaration of Employee Witness 20, # 21 Exhibit 21 – Declaration of Employee Witness 21, # 22 Exhibit 22 – Declaration of Employee Witness 22, # 23 Exhibit 23 – Declaration of Employee Witness 23, # 24 Exhibit 24 – Declaration of Employee Witness 24, # 25 Exhibit 25 – Declaration of Employee Witness 25, # 26 Exhibit 26 – Declaration of Employee Witness 26, # 27 Exhibit 27 – Declaration of Employee Witness 27, # 28 Exhibit 28 – Declaration of Employee Witness 28, # 29 Exhibit 29 – Declaration of Employee Witness 29, # 30 Exhibit 30 – Declaration of Employee Witness 30, # 31 Exhibit 31 – Declaration of Employee Witness 31, # 32 Exhibit 32 – Declaration of Employee Witness 32) (Gannam, Roger) (Entered: 10/12/2021) |

| | | |
|---|---|---|
| 10/12/2021 | 58 | RESPONSE to Motion re 43 Letter MOTION for pre motion conference *regarding proposed motion to dismiss the Complaint*, 42 Letter MOTION for pre motion conference re 1 Complaint,,,, *with respect to anticipated motion to dismiss*, 46 Letter MOTION for pre motion conference *regarding proposed motion to dismiss the Complaint*, 44 Letter MOTION for pre motion conference re 1 Complaint,,,, *regarding proposed motion to dismiss* filed by Jack Does, Jane Does, Joan Does, John Does. (Gannam, Roger) (Entered: 10/13/2021) |
| 10/13/2021 | | ORDER granting 42 , 43 , 44 and 46 Motions for Pre–Motion Conference. The conference will take place on November 3, 2021 at 2:30 p.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 10/13/2021. (Rosenthal, Joshua) (Entered: 10/13/2021) |
| 10/13/2021 | | ORDER. On September 13, 2021, Daniel J. Schmid filed a motion for admission *pro hac vice*, along with an accompanying affidavit, in which he represented that he had requested a certificate of good standing from the Commonwealth of Virginia and would provide it expeditiously to the Court. (*See* ECF No. 21.1.) The Court took Mr. Schmid's motion under advisement on 9/16/21, indicating that the Court would rule on the motion upon his provision of a certificate of good standing. To date, Mr. Schmid has not submitted his certificate of good standing. Mr. Schmid is directed to provide his certificate of good standing by **10/20/2021**, after which the motion will be denied without prejudice if his application is not perfected. Ordered by Magistrate Judge Taryn A. Merkl on 10/13/2021. (Devanathan, Deepa) (Entered: 10/13/2021) |
| 10/14/2021 | 59 | Amended MOTION to Appear Pro Hac Vice *for Attorney Horatio G. Mihet* Filing fee $ 150, receipt number ANYEDC–14932063. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Declaration Mihet Declaration, # 2 Exhibit Fl S Ct Certificate of Good Standing) (Mihet, Horatio) (Entered: 10/14/2021) |
| 10/14/2021 | 60 | Letter *responding to 10/21/2021 Scheduling Order* by Trinity Health, Inc. (Polito, Jacqueline) (Entered: 10/14/2021) |
| 10/14/2021 | 61 | Letter *Responding to Court's Scheduling Order of October 12, 2021* by Kathy Hochul, Howard A. Zucker (Farber, Seth) (Entered: 10/14/2021) |
| 10/14/2021 | 62 | Letter *responding to the Court's Order, dated October 12, 2021* by Westchester Medical Center Advanced Physician Services, P.C. (Sittenreich, Marc) (Entered: 10/14/2021) |
| 10/14/2021 | 63 | Letter *Responding to Judge Donnelly's 10/12/2021 Scheduling Order* by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 10/14/2021) |
| 10/14/2021 | 64 | Letter *Brief re Mootness Inquiry* by Jack Does, Jane Does, Joan Does, John Does (Attachments: # 1 Exhibit A – Counsel Communications) (Mihet, Horatio) (Entered: 10/14/2021) |
| 10/15/2021 | | ORDER: The Amended Motion of Horatio G. Mihet for Leave to Appear Pro Hac Vice 59 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 10/15/2021. (Devanathan, Deepa) (Entered: 10/15/2021) |
| 10/18/2021 | | SCHEDULING ORDER: The hearing on the plaintiffs' motion for a preliminary injunction is adjourned *sine die* and the motion is held in abeyance pending a decision by the Second Circuit in *Dr. A v. Hochul*, No. 21–CV–1009 (N.D.N.Y. October 12, 2021). *See We The Patriots v. Hochul*, No. 21–2179 (2d Cir. Oct. 13, 2021) (scheduling briefing and oral argument in *Dr. A* and *We the Patriots*). Ordered by Judge Ann M. Donnelly on 10/18/2021. (Rosenthal, Joshua) (Entered: 10/18/2021) |
| 10/21/2021 | | ORDER: On September 13, 2021, Daniel J. Schmid filed a motion for admission *pro hac vice*, along with an accompanying affidavit, in which he represented that he had requested a certificate of good standing from the Commonwealth of Virginia and would provide it expeditiously to the Court. (*See* ECF No. 21–1.) The Court took Mr. Schmid's motion under advisement on September 16, 2021, indicating that the Court would rule on the motion upon his provision of a certificate of good standing. On October 13, 2021, the Court directed Mr. Schmid to provide his certificate of good |

| | | |
|---|---|---|
| | | standing by October 20, 2021, indicating that his motion would be denied without prejudice if his application was not perfected. Mr. Schmid has not submitted his certificate of good standing. Accordingly, the Motion to Appear Pro Hac Vice of Daniel J. Schmid 21 is denied without prejudice. Should Mr. Schmid seek to appear in this case, he is directed to reapply for admission *pro hac vice*, with the correct supporting documentation. Ordered by Magistrate Judge Taryn A. Merkl on 10/21/2021. (Devanathan, Deepa) (Entered: 10/21/2021) |
| 10/21/2021 | 65 | MOTION to Appear Pro Hac Vice *of Erin Train* Filing fee $ 150, receipt number ANYEDC−14956538. by Trinity Health, Inc.. (Attachments: # 1 Affidavit of Erin Train, # 2 PA Certificate of Good Standing, # 3 NJ Certificate of Good Standing) (Train, Erin) (Entered: 10/21/2021) |
| 10/22/2021 | | ORDER: The Motion of Erin Train for Leave to Appear Pro Hac Vice 65 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 10/22/2021. (Devanathan, Deepa) (Entered: 10/22/2021) |
| 10/22/2021 | 66 | NOTICE of Appearance by Erin Train on behalf of Trinity Health, Inc. (notification declined or already on case) (Train, Erin) (Entered: 10/22/2021) |
| 11/01/2021 | | SCHEDULING ORDER: The pre−motion conference scheduled for November 3, 2021 at 2:30 p.m. regarding the defendants' anticipated motion to dismiss will now take place telephonically. Parties are directed to appear by telephone (line (888) 363−4734, access code 9057625). Ordered by Judge Ann M. Donnelly on 11/1/2021. (Rosenthal, Joshua) (Entered: 11/01/2021) |
| 11/02/2021 | 67 | RESPONSE in Opposition re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms* filed by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 11/02/2021) |
| 11/02/2021 | 68 | MEMORANDUM in Opposition re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms* filed by New York−Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 11/02/2021) |
| 11/02/2021 | 69 | RESPONSE to Motion re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms* filed by Westchester Medical Center Advanced Physician Services, P.C.. (Keane, Michael) (Entered: 11/02/2021) |
| 11/02/2021 | 70 | RESPONSE to Motion re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms by Letter to Judge Donnelly dated November 2, 2021* filed by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 11/02/2021) |
| 11/03/2021 | | MINUTE ENTRY AND ORDER: A pre−motion conference regarding the defendants' anticipated motion to dismiss was held by telephone before Judge Ann M. Donnelly on November 3, 2021. Horatio Mihet and Roger Gannam appeared for the plaintiffs. Seth Farber appeared for the defendants Kathy Hochul and Howard Zucker. Jacqueline Polito and Erin Train appeared for the defendant Trinity Health, Inc. Bruce Birenboim, Liza Velazquez and Emily Vance appeared for the defendant New York−Presbyterian Healthcare System, Inc. Anthony Prinzivalli and Marc Sittenreich appeared for the defendant Westchester Medical Center Advanced Physician Services, P.C.<br><br>Case called. Discussion held. The parties will file a joint status report by December 3, 2021 − assuming the Second Circuit has issued an opinion in *We The Patriots v. Hochul*, No. 21−2179 and *Dr. A v. Hochul*, No. 21−2566 − advising the Court whether the plaintiffs plan to file an amended complaint. Ordered by Judge Ann M. Donnelly. (Court Reporter Anthony Frisolone.) (Rosenthal, Joshua) (Entered: 11/03/2021) |
| 11/10/2021 | 71 | Consent MOTION for Extension of Time to File Response/Reply as to 69 Response to Motion, 70 Response to Motion, 67 Response in Opposition to Motion, 68 Memorandum in Opposition, 41 MOTION for Protective Order *and to Proceed Using Pseudonyms and Request for Expedited Consideration* by Jack Does, Jane Does, Joan Does, John Does. (Gannam, Roger) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/13/2021 | | ORDER: Motion for Extension of Time to File Response/Reply is granted, on consent. Plaintiffs' Reply in Support of their Motion to Proceed Using Pseudonyms and for Protective Order 41 is due by **11/22/2021**. The Motion Conference scheduled for 11/16/2021 at 12:00 p.m. is adjourned to **12/14/2021 at 2:00 p.m.** before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll–free number **(877) 336–1839**. The access code is **3914302**. The parties shall dial in five (5) minutes before the scheduled conference. So Ordered by Magistrate Judge Taryn A. Merkl on 11/13/2021. (Devanathan, Deepa) (Entered: 11/13/2021) |
| 11/22/2021 | 72 | REPLY to Response to Motion re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms* filed by All Plaintiffs. (Attachments: # 1 Exhibit A – Meet and Confer Email) (Mihet, Horatio) (Entered: 11/22/2021) |
| 12/02/2021 | 73 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms (Supplemental Authority)* (Gannam, Roger) (Entered: 12/02/2021) |
| 12/03/2021 | 74 | STATUS REPORT *(Joint) Regarding Amendment of Complaint* by Jack Does, Jane Does, Joan Does, John Does (Gannam, Roger) (Entered: 12/03/2021) |
| 12/03/2021 | | SCHEDULING ORDER: The Court is in receipt of 74 the parties' joint status report. Within 45 days of any decision by the Supreme Court on the pending *We the Patriots* and *Dr. A* injunction applications, the defendants will file their respective motions to dismiss. The plaintiffs will have 30 days to oppose, and the defendants will have 15 days to reply. Ordered by Judge Ann M. Donnelly on 12/3/2021. (Rosenthal, Joshua) (Entered: 12/03/2021) |
| 12/06/2021 | 75 | MOTION to Appear Pro Hac Vice *(Resubmitted for Daniel J. Schmid)* Filing fee $ 150, receipt number ANYEDC–15088320. by Jack Does, Jane Does, Joan Does, John Does. (Attachments: # 1 Declaration in Support of Resubmitted Motion to Appear Pro Hac Vice, # 2 Supreme Court of Virginia Certificate of Good Standing) (Gannam, Roger) (Entered: 12/06/2021) |
| 12/07/2021 | | ORDER: The Motion of Daniel J. Schmid for Leave to Appear Pro Hac Vice 75 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 12/7/2021. (Devanathan, Deepa) (Entered: 12/07/2021) |
| 12/10/2021 | 76 | Letter *re: Supplemental Authority* by New York–Presbyterian Healthcare System, Inc., Trinity Health, Inc. (Attachments: # 1 Exhibit A – December 1, 2021 Memorandum and Order in Doe v. City Univ. of New York et al) (Velazquez, Liza) (Entered: 12/10/2021) |
| 12/14/2021 | 77 | NOTICE of Appearance by Daniel Joseph Schmid on behalf of All Plaintiffs (aty to be noticed) (Schmid, Daniel) (Entered: 12/14/2021) |
| 12/14/2021 | | Minute Entry and Order: A telephonic Motion Hearing was held on 12/14/2021 before Magistrate Judge Taryn A. Merkl. Appearances by Daniel Schmid, Roger Gannam, and Horatio Mihet for Plaintiffs; Seth Farber for Defendants Kathy Hochul and Howard Zucker; Jacqueline Polito and Erin Train for Defendant Trinity Health, Inc.; Liza Velazquez, Emily Vance, and Leah Park for Defendant New York–Presbyterian Healthcare System, Inc.; Mark Sittenreich for Defendant Westchester Medical Center Advanced Physician Services, P.C. Discussion and arguments were held regarding Plaintiffs' Motion for Protective Order 41 . Decision reserved. Ordered by Magistrate Judge Taryn A. Merkl on 12/14/2021. (AT&T Log #2:05–3:05) (Devanathan, Deepa) (Entered: 12/14/2021) |
| 12/16/2021 | 78 | TRANSCRIPT of Proceedings held on December 14, 2021, before Judge Merkl. Court Transcriber: Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/16/2022. Release of Transcript Restriction set for 3/16/2022. (Rocco, Christine) (Entered: 12/16/2021) |

| | | |
|---|---|---|
| 01/05/2022 | 79 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms (Second Notice of Supplemental Authority)* (Attachments: # 1 Exhibit A – Does v. University of Colorado Order) (Mihet, Horatio) (Entered: 01/05/2022) |
| 01/19/2022 | 80 | Letter MOTION for Extension of Time to File *Defendants' Motions to Dismiss* by Westchester Medical Center Advanced Physician Services, P.C.. (Sittenreich, Marc) (Entered: 01/19/2022) |
| 01/20/2022 | | ORDER granting 80 Motion for Extension of Time to File. The defendants will file their moving papers by February 17, 2022; the plaintiffs will file their opposition papers by March 21, 2022; and the defendants will file their reply papers, if any, by April 4, 2022. Ordered by Judge Ann M. Donnelly on 1/20/2022. (Rosenthal, Joshua) (Entered: 01/20/2022) |
| 02/17/2022 | 81 | Notice of MOTION to Dismiss for Failure to State a Claim *by State Defendants* by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 02/17/2022) |
| 02/17/2022 | 82 | MOTION to Dismiss for Failure to State a Claim *State Defendants' Memorandum of Law in Support of Motion to Dismiss* by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 02/17/2022) |
| 02/17/2022 | 83 | MOTION to Dismiss for Failure to State a Claim by Trinity Health, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jacqueline Phipps Polito, # 3 Declaration of Kathleen Hoffman) (Polito, Jacqueline) (Entered: 02/17/2022) |
| 02/17/2022 | 84 | MOTION to Dismiss for Failure to State a Claim by New York–Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 02/17/2022) |
| 02/17/2022 | 85 | MEMORANDUM in Support re 84 MOTION to Dismiss for Failure to State a Claim filed by New York–Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 02/17/2022) |
| 02/17/2022 | 86 | Letter *requesting an oral argument on New York–Presbyterian Healthcare System, Inc.'s Motion to Dismiss* by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 02/17/2022) |
| 02/17/2022 | 87 | MOTION to Dismiss for Failure to State a Claim by Westchester Medical Center Advanced Physician Services, P.C.. (Attachments: # 1 Declaration, # 2 Exhibit A– Complaint, # 3 Memorandum in Support) (Sittenreich, Marc) (Entered: 02/17/2022) |
| 02/23/2022 | 88 | NOTICE by Jack Does, Jane Does, Joan Does, John Does re 41 MOTION for Protective Order *and to Proceed Using Pseudonyms (THIRD NOTICE OF SUPPLEMENTAL AUTHORITY)* (Gannam, Roger) (Entered: 02/23/2022) |
| 03/01/2022 | 89 | Letter *re: Plaintiffs' Notice of Supplemental Authority* by New York–Presbyterian Healthcare System, Inc., Trinity Health, Inc. (Attachments: # 1 Exhibit A – Air Force Officer Declarations, # 2 Exhibit B – Navy Seal 1 Declaration) (Velazquez, Liza) (Entered: 03/01/2022) |
| 03/18/2022 | 90 | Letter MOTION for Extension of Time to File Response/Reply as to 83 MOTION to Dismiss for Failure to State a Claim , 82 MOTION to Dismiss for Failure to State a Claim *State Defendants' Memorandum of Law in Support of Motion to Dismiss*, 84 MOTION to Dismiss for Failure to State a Claim , 87 MOTION to Dismiss for Failure to State a Claim by Jack Does, Jane Does, Joan Does, John Does. (Schmid, Daniel) (Entered: 03/18/2022) |
| 03/18/2022 | 91 | ORDER: For the reasons contained in the attached Memorandum and Order, Plaintiffs' motion for a protective order and to proceed under pseudonyms 41 is hereby granted, in part. The parties are respectfully directed to meet and confer and to submit a proposed protective order to the Court by **4/1/2022**, as well as a letter indicating how many of the Jack and Joan Doe Plaintiffs seek to proceed under a pseudonym, if any, and providing supplemental information and/or authority as to why these additional Plaintiffs should be allowed to proceed anonymously. The Court reserves the authority to revisit Plaintiffs' anonymity should the case proceed beyond the motion to dismiss stage. Ordered by Magistrate Judge Taryn A. Merkl on 3/18/2022. (Cahn, Gabriel) (Entered: 03/18/2022) |

| | | |
|---|---|---|
| 03/21/2022 | | ORDER granting 90 Motion for Extension of Time to File Response/Reply. The plaintiffs will file their response by April 4, 2022; and the defendants will file their replies by May 2, 2022. The plaintiffs may also file a single, consolidated response of 50 pages or fewer. Ordered by Judge Ann M. Donnelly on 3/21/2022. (Rosenthal, Joshua) (Entered: 03/21/2022) |
| 04/01/2022 | 92 | Letter *in Response to Memorandum and Order 91* by Jane Does, John Does (Attachments: # 1 Proposed Order) (Gannam, Roger) (Entered: 04/01/2022) |
| 04/04/2022 | 93 | ORDER: The Court is in receipt of Plaintiffs' letter response 92 to the Court's 3/18/2022 Order, as well as the parties' proposed interim protective order (*see* ECF No. 92−1). In light of Plaintiffs' counsel's representation that Plaintiffs John Does 12 and Jane Does 13 "are the only identifiable plaintiffs" presently in this action (ECF No. 92 at 1), the Clerk of Court is directed to terminate Jack Does 1−750 and Joan Does 1−750 as parties, without prejudice. *See* Fed. R. Civ. P. 21. If any of the potential plaintiffs represented by these "placeholder names" retain Plaintiffs' counsel and/or seek to join in this action, they may seek to join, and, if necessary, to proceed under pseudonyms, by appropriate motion at that time, consistent with the procedures outlined in the interim protective order (see attached). The parties' proposed interim protective order (*see* ECF No. 92−1) is hereby approved, in part, with amendments to Paragraphs 1 and 8. See attached Order. Paragraph 1 is amended to reflect the Court's above directive regarding Jack Does 1−750 and Joan Does 1−750. Paragraph 8 is amended to reflect the Eastern District of New York's practices and procedures governing the filing of sealed documents. *See Cumberland Packing Corp. v. Monsanto Co.*, 184 F.R.D. 504 (E.D.N.Y. 1999) (denying request for a protective order that would have required sealing of materials marked confidential by the parties); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Ordered by Magistrate Judge Taryn A. Merkl on 4/4/2022. (Chan, Kaity) (Entered: 04/04/2022) |
| 04/04/2022 | 94 | RESPONSE in Opposition re 83 MOTION to Dismiss for Failure to State a Claim , 84 MOTION to Dismiss for Failure to State a Claim , 87 MOTION to Dismiss for Failure to State a Claim , 81 Notice of MOTION to Dismiss for Failure to State a Claim *by State Defendants* filed by Jane Does, John Does. (Gannam, Roger) *Modified. (Latka−Mucha, Wieslawa)* (Entered: 04/04/2022) |
| 04/27/2022 | 95 | Letter MOTION for Leave to File Excess Pages by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 04/27/2022) |
| 04/27/2022 | | ORDER granting 95 Motion for Leave to File Excess Pages. The defendant Trinity may file a reply up to 14 pages in support of its motion to dismiss. Ordered by Judge Ann M. Donnelly on 4/27/2022. (Rosenthal, Joshua) (Entered: 04/27/2022) |
| 04/27/2022 | 96 | Letter MOTION for Leave to File Excess Pages by Westchester Medical Center Advanced Physician Services, P.C.. (Sittenreich, Marc) (Entered: 04/27/2022) |
| 04/28/2022 | | ORDER granting 96 Motion for Leave to File Excess Pages. The defendant APS may file a reply up to 15 pages in support of its motion to dismiss. Ordered by Judge Ann M. Donnelly on 4/28/2022. (Rosenthal, Joshua) (Entered: 04/28/2022) |
| 05/02/2022 | 97 | REPLY in Support re 83 MOTION to Dismiss for Failure to State a Claim filed by Trinity Health, Inc.. (Polito, Jacqueline) (Entered: 05/02/2022) |
| 05/02/2022 | 98 | REPLY in Support re 82 MOTION to Dismiss for Failure to State a Claim *State Defendants' Memorandum of Law in Support of Motion to Dismiss*, 81 Notice of MOTION to Dismiss for Failure to State a Claim *by State Defendants* filed by Kathy Hochul, Howard A. Zucker. (Farber, Seth) (Entered: 05/02/2022) |
| 05/02/2022 | 99 | REPLY to Response to Motion re 84 MOTION to Dismiss for Failure to State a Claim filed by New York−Presbyterian Healthcare System, Inc.. (Velazquez, Liza) (Entered: 05/02/2022) |
| 05/02/2022 | 100 | REPLY in Support re 87 MOTION to Dismiss for Failure to State a Claim filed by Westchester Medical Center Advanced Physician Services, P.C.. (Sittenreich, Marc) (Entered: 05/02/2022) |

| | | |
|---|---|---|
| 06/15/2022 | | SCHEDULING ORDER: In light of 86 the defendant New York–Presbyterian Healthcare System's letter request, oral argument regarding 84 their motion to dismiss will be held on August 2, 2022 at 2:30 p.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 6/15/2022. (Rosenthal, Joshua) (Entered: 06/15/2022) |
| 07/06/2022 | 101 | Letter *re: Recent Update Concerning Dr. A and We The Patriots* by New York–Presbyterian Healthcare System, Inc. (Velazquez, Liza) (Entered: 07/06/2022) |
| 08/02/2022 | | Minute Entry and Order for proceedings held before Judge Ann M. Donnelly: Motion Hearing held on 8/2/2022 re 84 Motion to Dismiss for Failure to State a Claim. Horatio Mihet and Roger Gannam appeared for the plaintiffs. Liza Velazquez and Emily Vance appeared for defendant New York–Presbyterian Healthcare System, Inc. Seth Farber appeared for defendant Kathy Hochul. Marc Sittenreich appeared for defendant Westchester Medical Center Advanced Physician Services, P.C. Case called. Discussion held. Decision on the Motion to Dismiss reserved.<br><br>The plaintiffs' 2 motion for a temporary restraining order and for a preliminary injunction is denied as foreclosed by Second Circuit precedent. *See We The Patriots USA, Inc. v. Hochul*, 17 F.4th 266 (2d Cir. 2021). (Court Reporter Shernelle Griffith.) (Jones, Jenna) (Entered: 08/02/2022) |
| 08/24/2022 | 102 | Letter *re: Supplemental Authority* by New York–Presbyterian Healthcare System, Inc. (Attachments: # 1 Exhibit A) (Velazquez, Liza) (Entered: 08/24/2022) |
| 09/07/2022 | 103 | Letter *Response to ECF No. 102* by Jack Does, Jane Does (Schmid, Daniel) (Entered: 09/07/2022) |
| 09/09/2022 | 104 | Letter *Response to Plaintiffs' 9/7/22 Letter (ECF No. 103)* by Kathy Hochul, New York–Presbyterian Healthcare System, Inc., Trinity Health, Inc., Westchester Medical Center Advanced Physician Services, P.C., Howard A. Zucker (Velazquez, Liza) (Entered: 09/09/2022) |
| 09/09/2022 | | ORDER re: 102 103 104 . The defendants' motions to dismiss are fully briefed. Further filings on those motions are unnecessary. Ordered by Judge Ann M. Donnelly on 9/9/2022. (Jones, Jenna) (Entered: 09/09/2022) |
| 09/30/2022 | 105 | MEMORANDUM DECISION AND ORDER. The defendants' motions to dismiss are granted. The complaint is dismissed for failure to state a claim upon which relief may be granted. Ordered by Judge Ann M. Donnelly on 9/30/2022. (Greene, Donna) (Entered: 09/30/2022) |
| 09/30/2022 | 106 | CLERK'S JUDGMENT that the defendants' motions to dismiss are granted; and that the complaint is dismissed for failure to state a claim upon which relief may be granted. ( Ordered by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 9/30/22 ) (RG) (Entered: 10/03/2022) |
| 10/28/2022 | 107 | NOTICE OF APPEAL as to 106 Clerk's Judgment, 105 Order on Motion to Dismiss for Failure to State a Claim,,,, by Jack Does, Jane Does, Joan Does, John Does. Filing fee $ 505, receipt number ANYEDC–16088256. Appeal Record due by 11/11/2022. (Schmid, Daniel) (Entered: 10/28/2022) |
| 10/31/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 107 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/31/2022) |